**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian P. McCafferty                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-12721 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not in its Individual Capacity But Solely As Trustee for LSF11 Master Participation Trust and index same on the master mailing list.

Respectfully submitted,

/s/ 
Rebecca Solarz
22 Dec 2021, 15:22:30, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322