# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-12721-MDC

BRIAN P MCCAFFERTY

212 RACE STREET
UNIT 4B
PHILADELPHIA, PA 19106

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIAN P MCCAFFERTY

    212 RACE STREET
    UNIT 4B
    PHILADELPHIA, PA 19106

Counsel for debtor(s), by electronic notice only.

    MICHAEL GUMBEL, ESQ.
    BAINBRIDGE LAW CENTER
    850 S. 2ND STREET
    PHILADELPHIA, PA 19147-

Date: 2/18/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee