**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRIAN  P MCCAFFERTY | Chapter 13 |
| Debtor | Bankruptcy No. 21-12721-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Dated:  March 28, 2022

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL GUMBEL, ESQ.
BAINBRIDGE LAW CENTER
850 S. 2ND STREET
PHILADELPHIA, PA 19147-

Debtor:
BRIAN  P MCCAFFERTY

212 RACE STREET
UNIT 4B
PHILADELPHIA, PA 19106