United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-12721-mdc |
|---|---|
| Brian P McCafferty | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian P McCafferty, 212 Race Street, Unit 4B, Philadelphia, PA 19106-1922 |
| cr | + | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 14640833 | + | 212-220 Race Street Condo Association, 212 Race Street, Philadelphia, PA 19106-1920 |
| 14640834 | + | Aldous and Associates, PO Box 171374, Salt Lake City, UT 84117-1374 |
| 14678168 | + | Brian P McCafferty, City of Philadelphia Law Tax & Rev Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102-1617 |
| 14640838 | + | CFAM Financial Services, LLC, PO Box 301076, Chicago, IL 60630-1076 |
| 14643260 | + | Citizens Bank, N.A., Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14642966 | + | Citizens Bank, N.A. s/b/m to Citizens Bank, of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14644159 | + | Fay Servicing, LLC, c/o FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14640842 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14640849 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Ste 200, Beaverton, OR 97005 |
| 14645741 | + | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14654926 | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 14657501 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 14657368 | + | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14640851 | + | Universal Card/CBSDNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14640853 | + | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 29 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 29 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 30 2022 00:01:43 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641475 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 30 2022 00:01:34 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14640835 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 29 2022 23:54:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14640836 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2022 00:01:34 | American Express, PO Box 981537, El Paso, TX 79998-1537 |

Case 21-12721-mdc Doc 47 Filed 03/31/22 Entered 04/01/22 00:30:26 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14650189 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2022 00:01:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14641561 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 00:01:37 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640839 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 29 2022 23:54:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14678169 | | Email/Text: megan.harper@phila.gov | Mar 29 2022 23:54:00 | City of Philadelphia, Law Tax & Rev Unit, 1401 JFK Blvd, 5th Floor, Phila PA 19102 |
| 14640837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 00:01:37 | Cach LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14640840 | + | Email/Text: bknotice@ercbpo.com | Mar 29 2022 23:54:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14640841 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2022 23:54:00 | Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14640844 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2022 23:54:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14640843 | + | Email/Text: cedwards@ncsplus.com | Mar 29 2022 23:54:00 | National Credit Systems, 117 E. 24th Street, New York, NY 10010-2937 |
| 14640846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 00:01:35 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14640845 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14640848 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 29 2022 23:54:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14640850 | + | Email/PDF: tbiedi@PRAGroup.com | Mar 30 2022 00:01:34 | The Bureaus, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14640852 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 29 2022 23:54:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14640847 | ##+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 38

Date: Mar 31, 2022              Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, coleen@javardianlaw.com |
| MICHAEL GUMBEL | on behalf of Debtor Brian P McCafferty mgumbel@bainbridgelawcenter.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter 13
BRIAN P MCCAFFERTY

                    Debtor            Bankruptcy No. 21-12721-MDC

# ORDER

    AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated:  March 28, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL GUMBEL, ESQ.
BAINBRIDGE LAW CENTER
850 S. 2ND STREET
PHILADELPHIA, PA 19147-


Debtor:
BRIAN P MCCAFFERTY

212 RACE STREET
UNIT 4B
PHILADELPHIA, PA 19106